```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA   94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>PREM-AIR INCORPORATED, etc.<br><br>　　　　　　Defendant. | NO. C 06 7157 MHP<br><br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE |

　　　　　IT IS ORDERED that the Case Management Conference in this case originally set for April 9, 2007 continued to June 11, 2007 at 4:00 p.m. in Courtroom 15, 18th Floor, San Francisco, CA.

Dated: April 5, 2007　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Marilyn H. Patel

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE　　　　1