IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>vs.<br><br>PREM-AIR INCORPORATED,<br><br>    Defendant.<br>_____/ | Case No. C-06-7157 MEJ<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

    The court hereby sets a case management conference in this matter for 10:00 a.m. July 18, 2008, in Courtroom B. 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Conference Statement no later than July 11, 2008. The statement shall address the information contained in the Joint Case Management Statement and [proposed] Case Management Order form available on the Court's website. The parties shall also lodge a printed copy with chambers by noon on July 12, 2008. See Judge James' Standing Case Management Order, available on the Court's website.

    **IT IS SO ORDERED.**

| | |
|---|---|
| Dated: June 30, 2008 | _____<br>MARIA-ELENA JAMES<br>United States Magistrate Judge |

**United States District Court**
For the Northern District of California

2