United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>PREM-AIR INCORPORATED,<br><br>　　　　Defendant.<br>_____/ | Case No. C-06-7157 MEJ<br><br>ORDER CORRECTING DATE FOR CASE MANAGEMENT CONFERENCE |

The Case Management Conference in this matter was mistakenly set for July 18, 2008 (docket #10). This date should have been July 17, 2008, with joint Case Management Statement due by July 10, 2008. The Court hereby revises the dates.

**IT IS SO ORDERED.**

Dated: June 30, 2008

　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　United States Magistrate Judge