```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (STATE BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiffs

 6  ROBERT DAVID BAKER, INC.
    Robert David Baker, Esq.(87314)
 7  1611 the Alameda
    San Jose, CA 95126
 8
    Attorney for Defendant
 9
10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12
    BOARD OF TRUSTEES OF THE SHEET    ) NO. C 06 7157 MEJ
13  METAL WORKERS, et al.,             )
                                       )
14            Plaintiffs,              ) STIPULATION AND PROPOSED
                                       ) ORDER TO REFER MATTER
15        vs.                          ) TO MEDIATION
                                       )
16  PRE-AIR, INC., etc.,               )
                                       )
17            Defendant.               )
    _____)
18
          The parties have met and conferred by conference call, and
19
    desire to have the case referred to mediation, IT IS STIPULATED that
20
    this case be referred to mediation.
21
    DATED:7/10/08                      /s/Michael J. Carroll
22                                     Michael J. Carroll
                                       Attorneys for Plaintiffs
23

24  DATED:7/10/08                      /s/Robert David Baker
                                       Robert David Baker
25                                     Attorneys for Defendant

26  IT IS SO ORDERED.

27  DATED: July 14, 2008
                                       _____
28                                     Honorable Maria-Elena James

         STIPULATION & PROPOSED ORDER TO REFER MATTER TO MEDIATION
```