United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>  vs.<br><br>PREM-AIR INCORPORATED,<br><br>    Defendant.<br>_____/ | Case No. C-06-7157 MEJ<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE |

    The Court is in receipt of the parties joint case management statement, filed on July 10, 2008. Since the parties have requested that the court not do any scheduling until after the parties have had a chance at mediation, the court hereby vacates the July 17, 2008 case management conference. If the matter is not settled by the mediation, the parties shall file a notice of that fact with the court, and lodge a copy with the chambers of Magistrate Judge Maria-Elena James, 450 Golden Gate Avenue, San Francisco, California. Such notice shall be filed within 5 days  the mediation.

**IT IS SO ORDERED.**

Dated: July 15, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2