IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>NEVILLE STRUCTURES, et al.,<br><br>    Defendant(s).<br>_____/ | No. C 06-7157 MEJ<br><br>**ORDER FOR PARTIES TO PROVIDE STATUS UPDATE** |

On July 15, 2008, the Court vacated the scheduled case management conference at the parties' request so that they could participate in a mediation session. (Dkt. #16.) Although a mediation phone conference was scheduled to take place on August 18, 2008, (Dkt. #18), no further docket activity has taken place in this matter. Accordingly, the Court ORDERS the parties to file a joint statement which shall inform the Court as to the status of this case. The parties shall file their statement by November 12, 2008.

**IT IS SO ORDERED.**

Dated: October 30, 2008

MARIA-ELENA JAMES
United States Magistrate Judge