```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, ANTHONY ASHER, TRUSTEE,<br><br>                    Plaintiffs,<br>         vs.<br><br>PREM-AIR, INCORPORATED, etc.<br><br>                    Defendant. | NO. C 06 7157 MHP(MEJ)<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, and defendant, PREM-AIR, a corporation formerly doing business as PREM-AIR, INC., have and entered into a stipulation which provides for judgment against Defendant in the amount of $12,445.00,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE,

**JUDGMENT PURSUANT TO STIPULATION**               1

have and recover judgment against defendant, PREM-AIR, a corporation formerly doing business as PREM-AIR, INC., in the amount of $12,445.00, which is composed of the following:

     a.   Contribution balances due and unpaid to Plaintiff Trust Funds for the period January 1, 2001 through December 31, 2005 in the amount of $12,455.00;

     IT IS FURTHER ORDERED AND ADJUDGED that judgment shall not be entered, and an abstract of judgment will not be recorded so long as defendant fully complies with the following conditions:

     1.   Defendant shall make payments of all ongoing amounts to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST FUNDS pursuant to contract and the Owner/Member subscription agreement between defendant and Local Union 104 of the Sheet Metal Workers' International Association for hours worked, commencing with payment for October 2008 and continuing until the contractual relationship with Local 104 ends.  Each of said payments will be made by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the administrator Associated Third Party Administrators, 1640 South Loop Road, Alameda, CA 94502.

     2.   Defendant shall pay the amount of the contributions in the amount of $12,455.00, in monthly installment payments of $691.94.  The first installment is due January 25, 2009 and each subsequent installment shall be paid on the 25th of each moth thereafter until the amount due in paragraph a has been paid.  Said installment payments will be made by check payable to the SHEET METAL WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, California   94104,

**JUDGMENT PURSUANT TO STIPULATION**       2

Attention: Michael Carroll.

3. Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the Defendant to make any of their monthly contribution payments pursuant to the owner/member agreement or the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraphs 2 of this stipulation, entry of judgment and execution on the entire judgment in the amount of $12,455.00 reduced by any offsets for payments made, shall issue only after ten (10) days written notice to the Defendant and Defendants' attorney that Plaintiffs or Plaintiffs' attorney declares a default and intends to file a Declaration stating that a default has occurred on the part of the defendant. Defendant waives notice of any hearing held by the court upon the entry of judgment or Plaintiffs' declaration.

Dated: June 8, 2009

_____
Honorable Maria-Elena James

JUDGMENT PURSUANT TO STIPULATION                3